UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-21683-CMA

WINDY LUCIUS,

    Plaintiff,

v.

KALE ME CRAZY FRANCHISING, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice her civil action against Defendant KALE ME CRAZY FRANCHISING, INC.

Dated: June 18, 2020                    Respectfully submitted,

                                                  */s/ J. Courtney Cunningham*
                                                  J. Courtney Cunningham, Esq.
                                                  J. COURTNEY CUNNINGHAM, PLLC
                                                  FBN: 628166
                                                  8950 SW 74th Court, Suite 2201
                                                  Miami, FL 33156
                                                  T: 305-351-2014
                                                  cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                                      */s/ J. Courtney Cunningham*
                                                      J. Courtney Cunningham, Esq.